UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BONNIE CZAIKA,

        Plaintiff,

V

MENARD, INC., a Wisconsin corporation,

        Defendant.

Civil Action No.:

HON.

_____/

| | |
|---|---|
| Eric E. Matwiejczyk (P46222) | Lindsay N. Dangl (P73231) |
| *Duff, Chadwick and Associates, P.C.* | *Murphy & Spagnuolo, P.C.* |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 220 W. Main Street | 2123 University Park Dr., Ste. 130 |
| Ionia, Michigan 48846 | Okemos, Michigan 48864 |
| (616) 527-0020 | (517) 351-2020 |
| eric@duffchadwick.com | ldangl@mbspclaw.com |
| | legal3@mbspclaw.com |

_____/

## DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT BASED UPON DIVERSITY JURISDICTION

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Menard, Inc. (hereinafter "Menards"), by and through its attorneys, hereby submits this Notice of Removal to the United States District Court for the Western District of Michigan, Southern Division, of the above-captioned action currently pending in the Judicial Circuit Court for the County of Eaton, Michigan as case number 23-81-NO. In support of this petition and as grounds for removal, Menards states as follows:

## STATEMENT OF GROUNDS FOR REMOVAL

1. On January 21, 2023, Bonnie Czaika (hereinafter "Plaintiff") filed a Complaint entitled *Bonnie Czaika, Plaintiff v Menard, Inc., Defendant*, civil action number 23-81-NO, in the Judicial Circuit Court for the County of Eaton, Michigan.

2. A copy of the *Czaika* summons and complaint was served upon Menards on March 13, 2023.  Copies of the summons and complaint, which constitute all process and pleadings served upon Menards, are attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).

3. This Notice of Removal is being timely filed within thirty (30) days of receipt of service of the Summons and Complaint as allowed under 28 U.S.C. 1446(b)(1).  No further state court pleadings have been filed by any party as of the date of this Notice of Removal.

4. This case is a civil action under the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332 because (1) the action is between citizens of different states, and (2) Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs.

## CITIZENSHIP OF THE PARTIES

5. For diversity purposes, citizenship is equivalent to domicile. See *Stifel v. Hopkins*, 477 F.2d 1116, 1120 (6th Cir. 1973) (citing *Gilbert v. David*, 235 U.S. 561, 569 (1915)).

6. Plaintiff, an individual, alleges in the Complaint that she is a resident of City of Portland, Ionia County, Michigan. **Exhibit A**, Complaint, ¶ 1.

7. Defendant Menards is a corporation.

8. For purposes of 28 U.S.C § 1332 and 28 U.S.C. § 1441, a corporation is "deemed to be a citizen of every state and foreign state by which it has been incorporated and of the state or foreign state where it has its principal place of business…" 28 U.S.C. § 1332(c)(1).

9. Menards is incorporated in Wisconsin.

10. Using the "nerve center" test as articulated in *Hertz Corp. v Friend*, 559 US 77 (2010), Menards' principal place of business, general offices, and headquarters is located in Eau Claire, Wisconsin.

11. As Menards is both incorporated in Wisconsin and has its principal place of business in Wisconsin, Menards is a citizen of Wisconsin.

12. As Plaintiff is a citizen of Michigan and Menards is a citizen of Wisconsin, there is complete diversity of citizenship.

## AMOUNT IN CONTROVERSY

13. Plaintiff specifically alleged in her Complaint that she is seeking damages in excess of $75,000 for claimed pain and suffering, mental anguish, disability, loss of earning capacity, and expenses, among others. **Exhibit A**, Complaint, ¶ 9, 16.

14. By Plaintiff's allegations in the Complaint, the amount in controversy is satisfied for jurisdictional purposes.

## THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

15. The prerequisites for removal under 28 U.S.C. § 1441 have been satisfied.

16. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

17. The allegations of this notice are true and correct and this cause is within the jurisdiction of the United States District Court for Western District of Michigan, Southern Division.

18. Written notice of the filing of this notice of removal will be given to Plaintiff and filed in the Judicial Circuit Court of the County of Eaton, Michigan, to effect the removal as required by law.

**WHEREFORE**, Defendant files this notice of removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and removes this civil action to the United States District Court for the Western District of Michigan. Plaintiff is hereby notified to proceed no further in state court unless or until the case should be remanded by order of said United States District Court.

Respectfully submitted,
MURPHY & SPAGNUOLO, P.C.

Dated: April 12, 2023

/s/ Lindsay N. Dangl
Lindsay N. Dangl (P73231)
Attorneys for Defendant Menard, Inc.
2123 University Park Dr., Ste. 130
Okemos, MI 48864
(517)351-2020
ldangl@mbspclaw.com
legal3@mbspclaw.com

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause at their respective addresses disclosed on the pleadings on the 12th day of April 2023 by:

```
___ US Mail        ___ Hand Delivery
___ Facsimile      ___ Overnight Mail
 X  E-Mail         ___ E-File & Serve
```

*/s/ Desiree Dimick*
Desiree Dimick, Assistant to Lindsay N. Dangl