## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BONNIE CZAIKA
    Plaintiff,

File No. 1:23-cv-374
Hon. Ray Kent

v

MENARD, INC.
    Defendant.

_____/

Eric E. Matwiejczyk, P-46222
Duff, Chadwick and Associates, P.C.
Attorneys for Plaintiff
220 W. Main Street
Ionia, Michigan 48846
(616) 527-0020
eric@duffchadwick.com
talia@duffchadwick.com

Lindsay N. Dangl, P-73231
Murphy & Spagnuolo, P.C.
Attorneys for Defendant
2123 University Park Drive, Suite 130
Okemos, Michigan 48864
(517) 351-2020
ldangl@mbspclaw.com
legal3@mbspclaw.com

_____/

## STIPULATION TO DISMISS

The parties, through their attorneys, stipulate to dismissal of this case, with prejudice, and without costs to either party.

Dated: 8-29-24

Duff, Chadwick and Associates, P.C.

By: _[signature] Chadwick P-63397 for Eric E. Matwiejczyk_
Eric E. Matwiejczyk
Attorneys for Bonnie Czaika

Dated: 8/23/24

Murphy & Spagnuolo, P.C.

By: _[signature] Chadwick P-63397 with perm. by email, for_
Lindsay N. Dangl
Attorneys for Menard, Inc.

IT IS SO ORDERED.

Entered: September 6, 2024

/s/ Ray Kent, U.S. Magistrate Judge